**Jason M. WEBB, Appellant,**

v.

**STATE of Missouri, Respondent.**

WD 76822

Missouri Court of Appeals,
Western District.

Filed: November 4, 2014

---

Karen L. Kramer, Jefferson City, for respondent, for appellant.

Susan L. Hogan, Kansas City, for Appellant, for respondent.

Before Division One: Thomas H. Newton, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges.

ORDER

Per Curiam

Jason Webb appeals the judgment denying his Rule 29.15 motion, after he was convicted of first-degree assault, attempted first-degree robbery, and two counts of armed criminal action. Webb contends the motion court clearly erred in denying post-conviction relief because defense counsel was ineffective in failing to object to the State's closing argument. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the post-conviction judgment.

AFFIRMED. Rule 84.16(b).